IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GORDON DEAN PICKENS, JR.**  **PLAINTIFF**
**#114395**

v.   No. 4:24-cv-00407-LPR-JTK

**W.C. DUB BRASSELL DETENTION**
**CENTER, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 6). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims against the W.C. Dub Brassell Detention Center and the Lincoln County Detention Center are DISMISSED without prejudice for failure to state a claim on which relief may be granted. The Clerk is directed to terminate the W.C. Dub Brassell Detention Center and the Lincoln County Detention Center as parties to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 8th day of July 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] In fact, Plaintiff filed a Response to the PRD (Doc. 8) stating that he did not object to the dismissal of his claims against the W.C. Dub Brassell Detention Center and the Lincoln County Detention Center.