## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

GORDON DEAN PICKENS, JR.                                                       PLAINTIFF
# 114395

v.                                4:24CV00407-LPR-JTK

WC DUB BRASSEL DETENTION
CENTER, et al.                                                       DEFENDANTS

## **ORDER**

Defendant Charone Alexander, through counsel, has filed an Answer to Plaintiff's Complaint and supplied her full and correct name. (Doc. No. 19). The Clerk of the Court is directed to change the style of the case to reflect Defendant Alexander's full and correct name.

IT IS SO ORDERED this 12th day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE