IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GORDON DEAN PICKENS, JR().**     **PLAINTIFF**
**#114395**

v.     No. 4:24-cv-00407-LPR

**W.C. DUB BRASSELL DETENTION**
**CENTER, et al.**     **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 40). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendant Young's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (Doc. 32) is GRANTED. Plaintiff's claims against Defendant Young are DISMISSED without prejudice for failure to exhaust. The Clerk is directed to terminate Steve Young as a party to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] There is one exception, but it does not change anything about the ultimate conclusion or, for that matter, about the summary judgment analysis. With respect to the first sentence of the last paragraph on page 5 of the PRD, I read Plaintiff's complaint to be ambiguous as to whether Plaintiff is asserting filing one grievance or multiple grievances.